```
 1  1
    Law Offices of Peter G. Macaluso
 2  Peter G. Macaluso #215730
    7311 Greenhaven Drive #100
 3  Sacramento, CA 95831
    916-392-6591
 4  916-392-6590 Facsimile

 5  Attorney for Debtor
    Maria L. Mez
 6

 7
                    IN THE UNITED STATES BANKRUPTCY COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
                                 SACRAMENTO
10
    IN THE MATTER OF
11                                   CASE NO. 13-33800-B-13J
                                     DOCKET CONTROL #:PGM-1
12  Mez, Maria L.                    DATE:  November 19, 2013
     SS#xxx-xx-5565                  TIME:  9:32 a.m.
13                                   DEPT#: B, Courtroom 32
                                     Honorable Judge Thomas C. Holman
14
                 Debtors         /
15
```

**NOTICE OF HEARING ON MOTION BY DEBTOR FOR AN ORDER EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)(B)**

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that Debtor, Maria L. Mez, by and through her attorney, Peter G. Macaluso, will move the Court for an Order Extending the Automatic Stay.

The hearing has been set for November 19, 2013 at 9:32 a.m., in Department B, Courtroom 32, of the U.S. Courthouse, located at 501 I Street, 6th Floor in Sacramento, California.

No written opposition is required. If you oppose this Motion you must appear at the hearing and orally state the opposition. Failure to appear may result in the granting of the Motion.

Date: November 5, 2013              **/s/ Peter G. Macaluso**
                                    Peter G. Macaluso, Attorney at Law

-1-