```
3
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
IN THE MATTER OF
                              CASE NO. 13-33800-B-13J
                              DOCKET CONTROL #:PGM-1
Mez, Maria L.                 DATE:   November 19, 2013
 SS#xxx-xx-5565               TIME:   9:32 a.m.
                              DEPT#:  B, Courtroom 32
                              Honorable Judge Thomas C. Holman

                Debtors         /
```

**Declaration of Debtor In Support of Request for Extension of Automatic Stay**

I, Maria L. Mez, Debtor in the above instant action do hereby declare as follows:

1. That I have no Domestic Support Obligations.

2. That I have filed all tax returns for the last four years prior to the filing of the Chapter 13 case, the last return filed was for 2012 and was filed on or about March 2013.

3. That the plan complies with the provisions of Chapter 13 and with the other applicable provisions of this title as explained by my Counsel.

4. That I have paid all installment fees, charges, or amounts required prior to confirmation.

5. That the value of the property to be distributed under the plan is

-1-

not less than the amount that would be paid on such claim if the estate were liquidated under chapter 7 of this title based on the hypothetical chapter 7 liquidation analysis, as completed by the petition's software system, based on the values and debts of all our property.

6. That the plan provides that the holder of each allowed secured claim provided for by the plan either; (1) accepted the plan, (2) retains the lien and securing such claim and the value, as of the effective date of the plan, of property to be distributed is not less than the allowed amount of such claim, or (3) the debtor surrenders the property securing such claim to such holder.

7. That I will remit plan payments of $190.00 per month starting November 25, 2013.

8. That I will comply with the plan.

9. That the plan has been proposed in good faith and not by any means forbidden by law as explained in my motion.

10. I am refiling bankruptcy due to financial hardship. During my last case, I lost my job of 24 years and was unable to make my payments.

11. Since my case was dismissed, my situation has changed as I have decided to surrender my soon to be foreclosed home. I will move in with my mother to help and care for her, which will reduce my costs while I am on unemployment.

12. I have not acquired any new debt since my previous case was dismissed.

13. I have retained Peter Macaluso as my attorney, and am confident of his ability to represent me and propose a solid Chapter 13 Plan that will allow me to pay my creditors to the best of my ability.

14. I am pleading that my case be accepted in order that I may be protected under bankruptcy laws and reorganize my debts, keep my vehicle,

reduce my debt, and pay my creditors to the best of my ability.

I declare under penalty of perjury that the foregoing statement is true and correct and that this declaration is executed on October 25, 2013 at Sacramento, California.

                                            /s/Maria L. Mez
                                          Maria L. Mez, Debtor